

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2015

No. 04-15-00777-CV

**IN RE** Cassandra L. **LEIJA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

On December 10, 2015, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than January 20, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on December 23, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2010-08-27732-CV, styled *In the Interest of J.J.C., A Child*, pending in the 38th Judicial District Court, Uvalde County, Texas, the Honorable Spencer Whitewood Brown presiding.